**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:   Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:                         24-mj-451 DLM |
| | ) | Date:                             July 8, 2024 |
| Abdirahman Abdi Abdullahi, | ) | Court Reporter:          Maria Weinbeck |
| | ) | Courthouse:               Minneapolis |
| Defendant. | ) | Courtroom:                9W |
| | ) | Time Commenced:      10:09 a.m. |
| | ) | Time Concluded:        10:36 a.m. |
| | ) | Time in Court:            27 minutes |

X **PRELIMINARY/DETENTION HRG**
       Time in Court Prelim/Det: [2 minutes/25 minutes]

APPEARANCES:

  Plaintiff: William Mattessich, Assistant U.S. Attorney
  Defendant: Jordan Kushner
          X CJA


On      X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:
Defendant waives the preliminary hearing.

                                                                      _____ *s/nah*
                                                                      Signature of Courtroom Deputy